No. 233, Misc.  EVANS *v.* ROBINSON, WARDEN.  Circuit Court of St. Clair County, Illinois.  Certiorari denied.  Petitioner *pro se.*  *Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines* and *James C. Murray,* Assistant Attorneys General, for respondent.

No. 236, Misc.  SANDERS *v.* SWOPE, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

No. 244, Misc.  ALRED *v.* BENNETT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 334, Misc.  HART *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 359, Misc.  DAWSON *v.* UNITED STATES; and
No. 370, Misc.  NEMEC *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Morris Lavine* for petitioner in No. 359, Misc.  Petitioner *pro se* in No. 370, Misc.  *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 372, Misc.  PRICE *v.* SWOPE, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

